United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 04-50201
Summary Calendar

———————————————

AL STEVENSON,

                                    Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-03-CV-392-RP
--------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Al Stevenson appeals the district court's judgment affirming the determination of the Commissioner of Social Security that he is not disabled within the meaning of the Social Security Act. We find that the Administrative Law Judge correctly applied the relevant legal standards in evaluating the medical evidence; in determining Stevenson's residual functional capacity; and in assessing the credibility of Stevenson's complaints of fatigue. See Greenspan v. Shalala, 38 F.3d 232, 236 (5th Cir. 1994).

———————————————

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Moreover, the record provides substantial evidence supporting the Commissioner's conclusion that Stevenson is not disabled. <u>See id.</u> Stevenson's case does not present circumstances under which the ALJ is required to make a separate finding that Stevenson is able to maintain employment over a significant period of time. <u>See</u> <u>Watson v. Barnhart</u>, 288 F.3d 212 (5th Cir. 2002); <u>Dunbar v. Barnhart</u>, 330 F.3d 670, 672 (5th Cir. 2003).

AFFIRMED.